

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00226-CV

| | | |
|---|---|---|
| BETTY C. BRITTON, Appellant | § | On Appeal from the 355th District Court |
| | § | of Hood County (C2020069) |
| V. | § | September 2, 2021 |
| KENNETH K. LAUGHLIN, Appellee | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case. It is ordered that the judgment of the trial court is vacated in part and affirmed in part. We vacate that portion of the trial court's judgment that applies to Appellant Betty C. Britton's now-moot Bank of America claim. We affirm the remainder of the trial court's judgment.

It is further ordered that Appellant Betty C. Britton shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By  /s/ Wade Birdwell
      Justice Wade Birdwell